UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KINDRED REHAB SERVICES, INC. d/b/a PEOPLE*FIRST* REHABILITATION<br><br>PLAINTIFF,<br><br>V.<br><br>CAMDEN OPERATOR, LLC D/B/A CAMDEN HEALTHCARE AND REHAB CENTER; VINCENNES OPERATOR, LLC D/B/A CRESTVIEW; BLOUNTS OPERATOR, LLC D/B/A GREYSTONE HEALTH CARE CENTER; HUNTING OPERATOR, LLC D/B/A HUNTINGDON HEALTH AND REHABILITATION CENTER; JEFFERSON OPERATOR, LLC D/B/A JEFFERSON CITY HEALTH AND REHAB CENTER; BOLIVAR OPERATOR, LLC, D/B/A PINE MEADOWS HEALTHCARE; MEMPHIS OPERATOR, LLC D/B/A SPRING GATE REHABILITATION HEALTHCARE CENTER; and WHITEHOUSE OPERATOR, LLC D/B/A WHITEHOUSE COUNTRY MANOR,<br><br>DEFENDANTS. | 09 Civ. __06022__ __BSJ__<br>ECF CASE<br><br>**DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1** |

\* \* \* \* \*

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned attorney of record for plaintiff, Kindred Rehab Services, Inc. d/b/a People*first* Rehabilitation ("People*first*"), states that People*first* Rehabilitation is the assumed name of Kindred Rehab Services, Inc., which in turn is a wholly-owned subsidiary of Kindred Healthcare, Inc.

Dated:  June 30, 2009

        Respectfully submitted,

        TACHAU MEEK PLC
        Jonathan T. Salomon (JS-1373)

        */s/ Jon Salomon*

        2400 National City Tower
        101 South Fifth Street
        Louisville, KY  40202-3115
        502.238.9900
        502.238.9910 (telecopy)
        jsalomon@tachaulaw.com

        *Counsel for Kindred Rehab Services, Inc.,*
        *d/b/a Peoplefirst Rehabilitation*

*and*

David Tachau*
Brian F. Haara*
TACHAU MEEK PLC
2400 National City Tower
101 South Fifth Street
Louisville, KY  40202-3115
502.238.9900
502.238.9910 (telecopy)
dtachau@tachaulaw.com
bhaara@tachaulaw.com

*Co-counsel for Kindred Rehab Services, Inc.,*
*d/b/a Peoplefirst Rehabilitation*

* *Pro hac vice* application to be filed

2