**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

KINDRED REHAB SERVICES, INC.     :
d/b/a PEOPLE*FIRST* REHABILITATION   :
                                    :
             PLAINTIFF,    :
                                    :         **1:09-cv-06022-BSJ**
V.                                  :
                                    :    **DISCLOSURE STATEMENT**
CAMDEN OPERATOR, LLC d/b/a     : **PURSUANT TO FED.R.CIV.P. 7.1**
CAMDEN HEALTHCARE AND REHAB   :
CENTER, et al.                        :
                                    :
           DEFENDANTS.   :
_____

* * * * *

Defendants, Camden Operator, LLC d/b/a Camden Healthcare and Rehab Center, Vincennes Operator, LLC d/b/a Crestview, Blounts Operator, LLC d/b/a Greystone Health Care Center, Hunting Operator, LLC d/b/a Huntingdon Health and Rehabilitation Center, Jefferson Operator, LLC d/b/a Jefferson City Health and Rehab Center, Bolivar Operator, LLC d/b/a Pine Meadows Health Care, Memphis Operator, LLC d/b/a Spring Gate Rehabilitation and Healthcare Center, and, Whitehouse Operator, LLC d/b/a Whitehouse Country Manor (collectively hereinafter, "Defendants"), by counsel, hereby make the following disclosures pursuant to Fed.R.Civ.P. 7.1:

1. Defendant Camden Healthcare and Rehab Center is the assumed name of Camden Operator, LLC, which in turn has no parent corporation and no publicly held corporation owns 10% of more of its stock.

1

2.  Defendant Crestview is the assumed name of Vincennes Operator, LLC, which in turn has no parent corporation and no publicly held corporation owns 10% of more of its stock.

3.  Defendant Greystone Health Care Center is the assumed name of Blounts Operator, LLC, which in turn has no parent corporation and no publicly held corporation owns 10% of more of its stock.

4.  Defendant Huntingon Health and Rehabilitation Center is the assumed name of Hunting Operator, LLC, which in turn has no parent corporation and no publicly held corporation owns 10% of more of its stock.

5.  Defendant Jefferson City Health and Rehab Center is the assumed name of Jefferson Operator, LLC, which in turn has no parent corporation and no publicly held corporation owns 10% of more of its stock.

6.  Defendant Pine Meadows Health Care is the assumed name of Bolivar Operator, LLC, which in turn has no parent corporation and no publicly held corporation owns 10% of more of its stock.

7.  Defendant Spring Gate Rehabilitation and Healthcare Center is the assumed name of Memphis Operator, LLC, which in turn has no parent corporation and no publicly held corporation owns 10% of more of its stock.

8.  Defendant Whitehouse Country Manor is the assumed name of Whitehouse Operator, LLC, which in turn has no parent corporation and no publicly held corporation owns 10% of more of its stock.

Respectfully submitted,


*s/ Edward H. Burnbaum*
Edward H. Burnbaum (EB7569)
NOVACK BURNBAUM CRYSTAL, LLP
300 East 42nd Street, 10th Floor
New York, NY 10017
Ph: (212) 682-4002
Fax: (212) 986- 2907
Email: eburnbaum@nbclaw.com
*Counsel for Defendants*

*And*

Dennis D. Murrell*
Tara J. Clayton*
MIDDLETON REUTLINGER
2500 Brown & Williamson Tower
401 South Fourth Street
Louisville, Kentucky 40202
Ph: (502) 584-1135
Fax: (502) 561-0442
dmurrell@middreut.com
tclayton@middreut.com

*Co-Counsel for Defendants*

* *Pro hac vice* application to be filed

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2009, I electronically filed the foregoing Rule 7.1 Disclosure Statement with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Jonathan T. Salomon (JS-1373)
David Tachau
Brian F. Haara
TACHAU MEEK, PLC
2400 National City Tower
101 South Fifth Street
Louisville, KY 40202-3115
jsalomon@tachaulaw.com
dtachau@tachaulaw.com
bhaara@tachaulaw.com
*Counsel for Plaintiff*


I further certify that on the 28th day of July, 2009, a service copy of the foregoing was emailed to the following:

Jonathan T. Salomon (JS-1373)
David Tachau
Brian F. Haara
TACHAU MEEK, PLC
2400 National City Tower
101 South Fifth Street
Louisville, KY 40202-3115
jsalomon@tachaulaw.com
dtachau@tachaulaw.com
bhaara@tachaulaw.com
*Counsel for Plaintiff*


*s/ Edward H. Burnbaum*
Edward H. Burnbaum
*Counsel for Defendants*